IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHANGHAI SUNWIN INDUSTRY CO., LTD., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:12cv42 (Judge Clark/Judge Mazzant) |
| RUSSELL-NEWMAN, INC., | § § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 16, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Motion for Default Judgment Against Russell-Newman, Inc. [Doc. #13] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Motion for Default Judgment Against Russell-Newman, Inc. [Doc. #13] is GRANTED.

It is further **ORDERED** that:

1. Default Judgment in the amount of $3,818,586.48 is entered against Defendant Russell-Newman, Inc.; and

      2. The Judgment amount shall accrue post-judgment interest at the rate of 0.17 percent per annum.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **12** day of **September, 2012.**

_____
Ron Clark, United States District Judge